IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| NORTHWEST HARDWOODS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Court No. 25-00118 |
| UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| COALITION FOR FAIR TRADE IN HARDWOOD PLYWOOD, | ) |
| Defendant-Intervenors. | ) |

**JOINT STATUS REPORT AND PROPOSED REVISED SCHEDULE**

Pursuant to this Court's October 1, 2025 order, the parties respectfully submit this status report with proposed revised deadlines.

On November 12, 2025, Congress appropriated funds for the Department of Justice through January 30, 2026, and attorneys have been permitted to resume their usual civil litigation functions as of November 13, 2025. After conferring, the parties have agreed to the proposed revised deadlines:

| **Deadline** | **Event** |
|---|---|
| December 1, 2025 | Plaintiffs dismiss their second-filed complaints |
| December 9, 2025 | Defendant confirms that the Department of Commerce has amended as necessary the instructions issued to Customs and Border Protection |
| Within 10 days of consolidation | Commerce files the administrative records in |

|  | the consolidated cases |
|---|---|
| Within 21 days of Commerce filing the administrative records | Joint Status Report and Proposed Briefing Schedule |

DATE: November 18, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA MCCARTHY
Director

s/Tara K. Hogan
TARA K. HOGAN
Assistant Director

s/Sosun Bae
SOSUN BAE
Senior Trial Counsel
United States Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-7568
Fax: (202) 514-8624
Email: Sosun.Bae@usdoj.gov

SAMUIL AGRANOVICH
Attorney
Office of the Chief Counsel
  for Trade Enforcement & Compliance
Department of Commerce
1401 Constitution Ave. NW
Washington, DC 20230
Telephone: (240) 956-8572
Email: Samuil.Agranovich@trade.gov

*Attorneys for Defendant*

/s/ Jeffrey S. Grimson
Jeffrey S. Grimson
Jill A. Cramer
Bryan P. Cenko
Ronalda G. Smith
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, Suite 810
Washington, DC 20015
202-688-3610
trade@mowrygrimson.com

*Attorneys for Plaintiff*

/s/ Timothy C. Brightbill
Timothy C. Brightbill
Stephanie Manaker Bell
John Allen Riggins
Wiley Rein, LLP
2050 M Street, NW.
Washington, DC 20036
(202) 719-7000
(202) 719-7049 (fax)
Email: TBrightbill@wiley.law

*Attorneys for Defendant-Intervenor*
